JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

884    In re Gasohol Antitrust Litigation

| Date | No. | Description |
|---|---|---|
| 91/04/03 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-2)--Filed by pltf. Agrifuels Refining Corporation -- SUGGESTED TRANSFEREE DISTIRCT:  C.D. ILLINOIS -- SUGGESTED TRANSFEREE JUDGE:  ? -- w/cert. of svc. (received 3/18/91) (rh) |
| 91/04/15 | | APPEARANCES -- PHILIP H. CURTIS, ESQ. for Atlantic Richfield Co.; LESLIE J. SCHIFF, ESQ. for Cajun Energy, Inc. and Public Terminals, Inc. (Intervenors pltfs); JEFFREY ACKERMANN, ESQ. for Agrifuels Refining Corp.; ROBERT E. DAVY, JR., ESQ. for People of the State of Illinois (Intervenor pltf.); WAYNE M. LIAO, ESQ. for Greater Rockford Energy and Technology Corp., et al.; JOSEPH T. DATTILO, ESQ. for BP America, Inc.; ANN SPIEGEL, ESQ. for Shell Oil Co.; ROBERT G. ABRAMS, ESQ. for Exxon Corp.; J. ANDREW LANGAN, ESQ. for Amoco Oil Co.; RONALD W. TEEPLE, ESQ. for Marathon Oil Co. (formerly Marathon Petroleum Co.); DAVID L. REAM, ESQ. for Chevron U.S.A. Inc. and JEFFERY M. CROSS, ESQ. for Mobil Corp. and Mobil Oil Corp. (rh) |
| 91/04/16 | | APPEARANCE -- NATHAN P. EIMER, ESQ. for Citgo Petroleum Co. (rh) |
| 91/04/19 | 2 | RESPONSE -- (to pldg. #1) Greater Rockford Energy and Technology Corp., et al. -- w/Exhibit A and cert. of svc. (rh) |
| 91/04/22 | 3 | RESPONSE/BRIEF -- (to pldg. #1) Filed by Defts. Exxon Corp.; Amoco Oil Co.; Mobil Oil Corp.; Atlantic Richfield Co.; Marathon Oil Co.; BP America; Shell Oil Co. and Chevron U.S.A. Inc. -- w/Exhibits 1 - 6 and cert. of svc. (rh) |
| 91/04/29 | 4 | RESPONSE -- (to pldg. #1) Public Terminals, Inc. and Cajun Energy, Inc. -- w/cert. of svc. (rh) |
| 91/05/03 | 5 | REPLY -- Filed by plfts. Agrifuels Refining Corporation -- w/cert. of svc.  (sg) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine  (sg) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 884 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/07/26 | | HEARING APPEARANCES (hearing on 7/26/91 in Portland, Maine) -- JEFFREY ACKERMANN, ESQ. or THOMAS ANGERS, ESQ. for Agifuels Refining Corp. and JOANNE E. CARUSO, ESQ. for Exxon Corp., Amoco, Mobile, Atlantic Richfield, Marathon, BP America, Shell and Chevron (ds) |
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland Maine) -- Greater Rockford Energy and Technology Corp.; Shepherd Oil, Inc.; Vidalia Ethanol, Ltd.; Alpebo, Inc.; Shreveport Ethanol, Inc.; Lakefield Ethanol, Inc.; A.E. Montana, Inc.; CEPO, Inc.; Texas Ethanol Producers; Wirster Oil Company, Inc. and High Plains Corp.; Cajun Energy, Inc. and Public Terminals, Inc. (ds) |
| 91/10/02 | | ORDER DENYING TRANSFER -- Notified involved clerks, judges, counsel and misc. recipients  (sg) |

JPML Form 1

⊕

Revised: 8/78

DOCKET NO. __884__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Gasohol Antitrust Litigatin _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO.   884   -- In re Gasohol Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Greater Rockford Energy and Technology Corp., et al. v. Shell Oil Company, et al. | Ill.,C. Mills | 90-3119 | | | | |
| A-2 | Agrifuels Refining Corp. v. Shell Oil Company, et al. | La.,W. Shaw | CV-91-0428 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 884 -- In re Gasohol Antitrust Litigation

================================================================

GREATER ROCKFORD ENERGY AND
  TECHNOLOGY CORP., ET AL. (A-1)
Wayne M. Liao, Esq.
Spiegel, Liao & Kagay
One Bush St., Suite 250
San Francisco, CA  94104-4408


CAJUN ENERGY, INC.
  PUBLIC TERMINALS, INC.
  (INTERVENORS PLTFS. IN A-1)
Leslie J. Schiff, Esq.
Sandoz, Sandoz & Schiff
137 West Landry St.
Post Office Drawer 900
Opelousas, LA  70571-0900


ETHANOL MARKETING
  (INTERVENOR PLTF. IN A-1)
David R. Samuelsen, Esq.   (No App.
Poole & Samuelsen             Rec'd)
1609 West State St.
Boise, ID  83702


PEOPLE OF THE STATE OF ILLINOIS
  (INTERVENOR PLTF. IN A-1)
Robert E. Davy, Jr., Esq.
Special Asst. Attorney General
200 West Adams St., Suite 2015
Chicago, IL  60606


AGRIFUELS REFINING CORP. (A-2)
Jeffrey Ackermann, Esq.
Durio, McGoffin & Stagg
220 Heymann Blvd.
P.O. Box 51308
Lafayette, LA  70503


AMOCO OIL COMPANY
J. Andrew Langan, Esq.
Kirkland & Ellis
200 E. Randolph Drive
Suite 5900
Chicago, IL  60601


EXXON CORPORATION
Robert G. Abrams, Esq.
Howrey & Simon
1730 Pennsylvania Ave., N.W.
Washington, D.C.  20006


MARATHON OIL COMPANY (FORMERLY
MARATHON PETROLEUM COMPANY)
Ronald W. Teeple, Esq.
Defrees & Fiske
200 South Michigan Ave.
Suite 1100
Chicago, IL  60604


MOBIL CORPORATION
  MOBIL OIL CORPORATION
Jeffery M. Cross, Esq.
Ross & Hardies
150 N. Michigan Ave.
Suite 2500
Chicago, IL  60601-7567


ATLANTIC RICHFIELD COMPANY
Philip H. Curtis, Esq.
Arnold & Porter
399 Park Ave.
New York, NY  10022-4690

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. _884_ --

=========================================================

BP AMERICA, INC.
Joseph T. Dattilo, Esq.
BP America, Inc.
200 Public Square, 39-B-5300
Cleveland, OH   44144


CHEVRON U.S.A., INC.
David L. Ream, Esq.
P.O. Box 3725
Houston, TX   77253-3725


SHELL OIL COMPANY
Ann Spiegel, Esq.
Shell Oil Company
4806 One Shell Plaza
P.O. Box 2463
Houston, TX   77252-2463


CITGO PETROLEUM CORP.
Nathan P. Eimer, Esq.
Sidley & Austin
One First National Plaza
Suite 5200
Chicago, IL   60603

DIAMOND SHAMROCK R & M, INC.
Thomas Jackson, Esq.   (No App.
Jones, Day, Reavis     Rec'd)
   & Pogue
2001 Ross Ave. - 2300 Trammell
Crow Center
Dallas, TX   75201

Removed
per letter

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _884_ -- _In re Gasohol Antitrust Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Shell Oil Company | A-1, A-2 |
| Marathon Petroleum Company | A-1, A-2 |
| Amoco Oil Company | A-1, A-2 |
| Chevron U.S.A., Inc. | A-1, A-2 |
| Atlantic Richfield Co. | A-1, A-2 |
| BP America, Inc. | A-1, A-2 |
| Citgo Petroleum Corp. | A-1, A-2 |
| Exxon Corporation | A-1, A-2 |
| ~~Diamond Shamrock R & M, Inc.~~  Dismissed | A-1 |
| Mobil Corp. | A-1, A-2 |
|  |  |